# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| IRASEMA DE LA CRUZ DE LA CRUZ, et al, § § § Plaintiffs, § § v. § § GULF COAST MARINE & ASSOCIATES, § INC, et al, § § Defendants. § § | CIVIL ACTION NO. 9-09-cv-167 (TJW) |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Baker Hughes Incorporated's ("Baker Hughes") Motion to Dismiss for Failure to State a Claim and Motion for More Definite Statement (Dkt. No. 118). In its motion, Baker Hughes argues that other than naming Baker Hughes as a party in paragraph 20 of the Second Amended Complaint, Baker Hughes is never again mentioned in the Second Amended Complaint. As a result, Baker Hughes argues that Plaintiffs' allegations fail to meet the minimum pleading standard articulated in *Bell Atlantic v. Twombly*. 127 U.S. 1955 (2007). Since filing its Motion to Dismiss, Baker Hughes has been dismissed from the case (Dkt. No. 145). Although Halliburton moved to join in Baker Hughes' Motion to Dismiss and Motion for More Definite Statement, the arguments made in that motion are unique to Baker Hughes and cannot be transferred to Halliburton. Accordingly, the Court hereby DENIES-AS-MOOT Baker Hughes' Motion to Dismiss and Motion for a More Definite Statement (Dkt. No. 118).

It is SO ORDERED.

SIGNED this 7th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE